IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CARMELLA TAHAIRA MARTIN | § | |
| VS. | § | CIVIL ACTION NO.  1:02cv452 |
| UNITED STATES OF AMERICA | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this motion to vacate, set aside or correct sentence is **DENIED**.  All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 3  day of **August, 2005.**

_____
Thad Heartfield
United States District Judge